KAREN L. LOEFFLER
UNITED STATES ATTORNEY

ANDREA T. STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: aunnie.steward@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNTS 1–12 : |
| | ) | WIRE FRAUD |
| vs. | ) | Vio. 18 U.S.C. § 1343; 18 U.S.C. § 2 |
| | ) | |
| ISAIRIS QUEZADA WOLFE; | ) | CRIMINAL FORFEITURE |
| ANNE WILSON, aka Anne Sorio; | ) | ALLEGATIONS |
| JEREMY LEE SMITH; | ) | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. |
| VALARIE ANN OLIVARES; | ) | § 2461(c) |
| JAMIE RENAE FATHKE; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I N D I C T M E N T

The Grand Jury charges that:

GENERAL ALLEGATIONS

At all times material to this indictment:

1. Trident Seafoods ("Trident") was a privately held American corporation based in Seattle, Washington, that specialized in the harvesting, processing, and marketing of fresh and frozen seafood from Alaska and the Pacific Northwest. Although

headquartered in Seattle, Washington, Trident had numerous facilities along the Alaskan coastline, including a facility in Kodiak, Alaska.

2. The defendant, Isairis Quezada WOLFE was the Office Manager of Trident's Kodiak, Alaska, facility from approximately April 2000 until she was terminated in September 2010. As Office Manager, WOLFE was responsible for, among other things, accounting transactions, petty cash transactions, fisherman settlements, month-end financials, and transmissions of accounting information to Trident's corporate office in Seattle, Washington. To carry out her duties, WOLFE had signature authority on Trident's Wells Fargo bank account xxxx0279. The checks that WOLFE signed on this account had the Trident headquarters address in Seattle, Washington, printed on the front of each check.

3. Defendants Anne WILSON (aka Anne Sorio), Jeremy SMITH, Valarie OLIVARES and Jamie FATHKE were friends and associates ("personal associates") of WOLFE's prior to and during the scheme to defraud described herein.

## THE SCHEME

4. Beginning at a date unknown but at least by January 2008, and continuing thereafter until August 2010, in the District of Alaska and elsewhere, Isairis WOLFE, aided and abetted by her personal associates WILSON, SMITH, OLIVARES, and FATHKE, devised and intended to devise a material scheme and artifice to obtain money, ultimately totaling more than $490,000, from Trident, by means of materially false and

fraudulent pretenses, representations, and promises.

## PURPOSE OF THE SCHEME

5. The purpose of the scheme was for WOLFE and her personal associates, WILSON, SMITH, OLIVARES, and FATHKE, to fraudulently obtain money for their personal benefit from Trident to which they were not entitled and did not earn.

## MANNER AND MEANS

6. It was part of the scheme that WOLFE, using her position and check writing capabilities at Trident, drafted checks on Trident's Wells Fargo account xxxx0279 payable to her personal associates WILSON, SMITH, OLIVARES, and FATHKE, as well as to WILSON's minor son L.E. As detailed below, WOLFE drafted approximately 52 separate Trident checks as part of the scheme.

7. It was further part of the scheme that WOLFE falsified Trident accounting records to make it appear that these checks were for legitimate payments by indicating the checks were "draws," among other things, and by falsely attributing the payments to "food costs," "professional services" and "co-op fees," among other false justifications, within the Trident accounting system.

8. It was further part of the scheme that WOLFE, aided and abetted by her personal associates, WILSON, SMITH, OLIVARES, and FATHKE, would negotiate the checks and share the proceeds with her personal associates, knowing the payments were fraudulently obtained because none of WOLFE's personal associates had any business

relationship with Trident during the time frame of the scheme to defraud.

9. It was further part of the scheme that, at the beginning of each month following the months relevant to the counts charged, WOLFE emailed accounting records from the Trident facility in Kodiak, Alaska, to Trident headquarters in Seattle, Washington. These records were used by Trident headquarters to reconcile Trident's internal accounting records with the bank statements for Wells Fargo account ending in xxxx0279. In order to conceal her fraud, and as part of the scheme, WOLFE included the unauthorized checks with the associated false codes in the accounting records she emailed to headquarters.

10. It was further part of the scheme that between on or about October 2008, through on or about March 2010, WOLFE drafted and signed approximately 13 Trident checks payable to WILSON (aka Sorio) totaling approximately $134,860. All of these checks were negotiated. WOLFE and WILSON shared the proceeds of the negotiated checks. WILSON had no business relationship with Trident during this period of time and was not entitled to any payments from Trident. The following are the 13 fraudulent Trident checks:

| Check Number | Check Date | Amount | Payee |
|---|---|---|---|
| 16011262 | 10/22/2008 | 3,000.00 | Anne Sorio |
| 16011292 | 11/1/2008 | 6,000.00 | Anne Sorio |
| 16011310 | 11/6/2008 | 8,000.00 | Anne Sorio |
| 16011335 | 11/14/2008 | 10,000.00 | Anne Sorio |
| 16011696 | 3/12/2009 | 10,000.00 | Anne Sorio |
| 16011932 | 5/22/2009 | 6,000.00 | Anne Sorio |

| Check Number | Check Date | Amount | Payee |
|---|---|---|---|
| 16012161 | 7/15/2009 | 12,000.00 | Anne Sorio |
| 16012556 | 10/7/2009 | 14,000.00 | L.E. or Anne Wilson |
| 16012684 | 11/4/2009 | 13,000.00 | Anne Wilson |
| 16012752 | 11/23/2009 | 14,000.00 | Anne Wilson |
| 16012793 | 12/17/2009 | 14,560.00 | Anne Wilson |
| 16012819 | 1/5/2010 | 14,500.00 | Anne Wilson |
| 16013168 | 3/8/2010 | 9,800.00 | Anne Wilson |

| Total Checks: 13 | Total amount: $134,860 |
|---|---|

11. It was further part of the scheme that between on or about April 2009, through on or about August 2010, WOLFE drafted and signed approximately 15 Trident checks payable to WILSON's minor son L.E. (or alternatively 'E.L.') totaling approximately $154,800. All of the checks were negotiated. L.E. had no business relationship with Trident and was not entitled to any payments from Trident. WOLFE and WILSON shared the proceeds of the fraudulent funds obtained from Trident using L.E.'s name. The following are the 15 fraudulent Trident checks:

| Check Number | Check Date | Amount | Payee |
|---|---|---|---|
| 16011750 | 4/1/2009 | 10,000.00 | L.E.E. |
| 16011836 | 4/30/2009 | 4,000.00 | E.E.L. |
| 16011855 | 5/5/2009 | 12,000.00 | L.E. |
| 16012042 | 6/3/2009 | 5,000.00 | L.E. |
| 16012062 | 6/10/2009 | 10,000.00 | L.E. |
| 16012072 | 6/16/2009 | 10,000.00 | L.E. |
| 16012097 | 6/25/2009 | 10,000.00 | L.E. |
| 16012174 | 7/18/2009 | 10,500.00 | L.E. |
| 16012582 | 10/13/2009 | 9,800.00 | L.E. |
| 16012931 | 1/26/2010 | 15,000.00 | L.E. |
| 16013211 | 3/26/2010 | 3,000.00 | L.E. |
| 16013554 | 6/28/2010 | 14,000.00 | L.E. |

| | | | |
|---|---|---|---|
| 16013619 | 7/7/2010 | 13,500.00 | L.E. |
| 16013710 | 7/21/2010 | 14,000.00 | L.E. |
| 16013850 | 8/25/2010 | 14,000.00 | L.E. |

| Total checks: 15 | Total amount: $154,800 |
|---|---|

12. It was further part of the scheme that between on or about approximately September 2008 and through on or about April 2009, WOLFE drafted approximately 5 Trident checks payable to OLIVARES totaling approximately $45,000. All of the checks were negotiated. OLIVARES had no business relationship with Trident and was not entitled to any payments from Trident. WOLFE and OLIVARES shared the proceeds of the fraudulent funds obtained from Trident. The following are the 5 fraudulent Trident checks:

| Check Number | Check Date | Amount | Payee |
|---|---|---|---|
| 16011064 | 9/3/2008 | 10,000.00 | Valarie Olivares |
| 16011196 | 10/1/2008 | 10,000.00 | Valarie Olivares |
| 16011247 | 10/16/2008 | 5,000.00 | Valarie Olivares |
| 16011390 | 12/22/2008 | 10,000.00 | Valarie Olivares |
| 16011761 | 4/7/2009 | 10,000.00 | Valarie Olivares |

| Total checks: 5 | Total amount: $45,000 |
|---|---|

13. It was further part of the scheme that between on or about approximately January 2008 and through on or about May 2010, WOLFE drafted 16 checks to SMITH totaling approximately $128,400. All of these checks were negotiated. SMITH had no business relationship with Trident during this period of time and was not entitled to any

payments from Trident. WOLFE and Smith shared the proceeds of the fraudulent funds obtained from Trident. The following are the 16 fraudulent Trident checks:

| Check Number | Check Date | Amount | Payee |
|---|---|---|---|
| 16009941 | 1/22/2008 | 5,000.00 | Jeremy Smith |
| 16010152 | 2/16/2008 | 5,000.00 | Jeremy Smith |
| 16010227 | 2/27/2008 | 5,000.00 | Jeremy Smith |
| 16010301 | 3/12/2008 | 6,000.00 | Jeremy Smith |
| 16010305 | 3/14/2008 | 6,000.00 | Jeremy Smith |
| 16010371 | 3/26/2008 | 10,000.00 | Jeremy Smith |
| 16010412 | 4/2/2008 | 10,000.00 | Jeremy Smith |
| 16010557 | 5/10/2008 | 10,000.00 | Jeremy Smith |
| 16010644 | 6/7/2008 | 10,000.00 | Jeremy Smith |
| 16010787 | 7/7/2008 | 11,000.00 | Jeremy Smith |
| 16011025 | 8/19/2008 | 11,000.00 | Jeremy L. Smith |
| 16011094 | 9/10/2008 | 10,000.00 | Jeremy Smith |
| 16013066 | 2/12/2010 | 6,400.00 | Jeremy Smith |
| 16013198 | 3/19/2010 | 6,200.00 | Jeremy Smith |
| 16013270 | 4/15/2010 | 9,800.00 | Jeremy Smith |
| 16013387 | 5/7/2010 | 7,000.00 | Jeremy Smith |

| Total checks: 16 | Total amount: $128,400 |
|---|---|

14. It was further part of the scheme that in on or around March 2009, WOLFE drafted 3 checks to FATHKE totaling approximately $30,000. All of these checks were negotiated. FATHKE had no business relationship with Trident during this period of time and was not entitled to any payments from Trident. WOLFE and FATHKE shared the proceeds of the fraudulent funds obtained from Trident. The following are the 3 fraudulent Trident checks:

| Check Number | Check Date | Amount | Payee |
|---|---|---|---|
| 16011679 | 3/3/2009 | 10,000.00 | Jamie Fathke |
| 16011720 | 3/16/2009 | 10,000.00 | Jamie Fathke |
| 16011734 | 3/25/2009 | 10,000.00 | Jamie Fathke |

| Total checks: 3 | Total amount: $30,000 |
|---|---|

15. As a result of the scheme, WOLFE and her personal associates WILSON, SMITH, OLIVARES, and FATHKE, obtained approximately $493,060 of Trident monies to which they were not entitled.

## COUNTS 1–12: WIRE FRAUD

16. Paragraphs 1–15 are hereby incorporated and realleged.

17. Beginning on a date unknown, but at least by January 2008, and continuing through August 2010, the exact dates being unknown to the Grand Jury, Isairis Quezada WOLFE, aided and abetted by Anne WILSON, Jeremy SMITH, Valarie OLIVARES, and Jamie FATHKE, in the District of Alaska and elsewhere, with the intent to defraud, devised the above-described material scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses, representations and promises.

18. On or about each of the dates set forth below, in the District of Alaska and elsewhere, WOLFE, for the purpose of executing the material scheme described above, and attempting to do so, did knowingly cause to be transmitted by means of wire communication in interstate commerce the signals and sounds described below for each count, each transmission constituting a separate count:

| Count | Defendants | Date, on or about | Description of Electronic Transmission |
|---|---|---|---|
| 1 | WOLFE; WILSON | January 5, 2010 | Check # 16012819 with payee as WILSON cleared through Wells Fargo and deposited to WILSON's account. |

| 2 | WOLFE; WILSON | February 2, 2010 | WOLFE emailed accounting records to Trident HQ that contained fraudulently issued check # 16012819. |
|---|---|---|---|
| 3 | WOLFE; WILSON | July 7, 2010 | Check # 16013619 with payee as L.E. cleared through Wells Fargo and deposited to L.E.'s account. |
| 4 | WOLFE; WILSON | August 7, 2010 | WOLFE emailed accounting records to Trident HQ that contained fraudulently issued check # 16013619. |
| 5 | WOLFE; OLIVARES | December 26, 2008 | Check # 16011390 with payee as OLIVARES cleared through Wells Fargo and cashed by OLIVARES. |
| 6 | WOLFE; OLIVARES | January 2, 2009 | WOLFE emailed accounting records to Trident HQ that contained fraudulently issued check # 16011390. |
| 7 | WOLFE; SMITH | May 12, 2008 | Check # 16010557 with payee as SMITH cleared through Wells Fargo and cashed by SMITH. |
| 8 | WOLFE; SMITH | June 2, 2008 | WOLFE emailed account records to Trident HQ that contained fraudulently issued check # 16010557. |
| 9 | WOLFE; SMITH | July 8, 2008 | Check # 16010787 with payee as SMITH cleared through Wells Fargo and cashed by SMITH. |
| 10 | WOLFE; SMITH | August 4, 2008 | WOLFE emailed account records to Trident HQ that |

| | | | |
|---|---|---|---|
| | | | contained fraudulently issued check # 16010787. |
| 11 | WOLFE; FATHKE | March 4, 2009 | Check # 16011679 with payee as FATHKE cleared through Wells Fargo and cashed by FATHKE. |
| 12 | WOLFE; FATHKE | April 6, 2009 | WOLFE emailed account records to Trident HQ that contained fraudulently issued check # 16011679. |

All of which is in violation of Title 18, United States Code, Section 1343 and 18 United States Code, Section 2.

## CRIMINAL FORFEITURE ALLEGATIONS

### Wire fraud proceeds: ISAIRIS QUEZADA WOLFE.

Upon conviction of one or more of the offenses alleged in Count 1 through 12 of this Indictment, defendant ISAIRIS QUEZADA WOLFE shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

a. ISAIRIS QUEZADA WOLFE's interest in any property, real or personal, which constitutes, or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343 and 18 U.S.C. § 2.

b. A money judgment equal to the total amount of money involved in the offenses described as part of the scheme alleged in paragraphs 10, 11, 12, 13, 14 and 15 of the indictment, not to exceed $493,060.00.

**Wire fraud proceeds: ISAIRIS QUEZADA WOLFE and ANNE WILSON, aka Anne Sorio.**

Upon conviction of one or more of the offenses alleged in Count 1, 2, 3, and 4 of this Indictment, defendants ISAIRIS QUEZADA WOLFE and ANNE WILSON, aka Anne Sorio, shall forfeit, jointly and severally, to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

    a.    ISAIRIS QUEZADA WOLFE and ANNE WILSON, aka Anne Sorio's interest in any property, real or personal, which constitutes, or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343 and 18 U.S.C. § 2.

    b.    A money judgment equal to the total amount of money involved in the offenses described as part of the scheme alleged in paragraphs 10 and 11 of the Indictment, not to exceed $289,660.00, which amount includes $154,800 that ISAIRIS QUEZADA WOLFE and ANNE WILSON, aka Anne Sorio, obtained by using as part of the scheme the payee names "L.E.", "E.E.L.", and "L.E.E."

**Wire fraud proceeds: ISAIRIS QUEZADA WOLFE and VALARIE ANN OLIVARES.**

Upon conviction of one or more of the offenses alleged in Count 5 and 6 of this Indictment, defendants ISAIRIS QUEZADA WOLFE and VALARIE ANN OLIVARES shall forfeit, jointly and severally, to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

a. ISAIRIS QUEZADA WOLFE and VALARIE ANN OLIVARES' interest in any property, real or personal, which constitutes, or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343 and 18 U.S.C. § 2.

b. A money judgment equal to the total amount of money involved in the offenses described as part of the scheme alleged in paragraph 12 of the Indictment, not to exceed $45,000.00.

**Wire fraud proceeds: ISAIRIS QUEZADA WOLFE and JEREMY LEE SMITH.**

Upon conviction of one or more of the offenses alleged in Count 7, 8, 9, and 10 of this Indictment, defendants ISAIRIS QUEZADA WOLFE and JEREMY LEE SMITH shall forfeit, jointly and severally, to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

a. ISAIRIS QUEZADA WOLFE and JEREMY LEE SMITH's interest in any property, real or personal, which constitutes, or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343 and 18 U.S.C. § 2.

b. A money judgment equal to the total amount of money involved in the offenses described as part of the scheme alleged in paragraph 13 of the Indictment, not to exceed $128,400.00.

### Wire fraud proceeds: ISAIRIS QUEZADA WOLFE and JAMIE RENAE FATHKE.

Upon conviction of one or more of the offenses alleged in Count 11 and 12 of this Indictment, defendants ISAIRIS QUEZADA WOLFE and JAMIE RENAE FATHKE shall forfeit, jointly and severally, to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

   a.   ISAIRIS QUEZADA WOLFE and JAMIE RENAE FATHKE's interest in any property, real or personal, which constitutes, or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343 and 18 U.S.C. § 2.

   b.   A money judgment equal to the total amount of money involved in the offenses described as part of the scheme alleged in paragraph 14 of the Indictment, not to exceed $30,000.00.

### Substitute Property

If any of the property described above, as a result of any act or omission of the defendants cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

 s/Grand Jury Foreperson
GRAND JURY FOREPERSON

 s/Andrea T. Steward
ANDREA T. STEWARD
Assistant U.S. Attorney
United States of America

 s/Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney
United States of America

DATED: September 18, 2012