KAREN L. LOEFFLER
United States Attorney

ANDREA T. STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-3983
Fax: (907) 271-1500
Email: aunnie.steward@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of | Case No. 3:12-cr-00080-RRB-JDR |
| Jeremy Smith, | MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| On Writ of Habeas Corpus | |
| | On Shortened Time |

TO: The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

Jeremy Smith, who is imprisoned by the Kodiak Police Department, is a defendant in a certain cause now pending before this court, to wit: <u>United States of America v. Jeremy Smith.</u>, Case No. 3:12-cr-00080-RRB-JDR, which is necessary to schedule an arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the Kodiak Police Department to release the defendant to the United States Marshal Service

on September 27, 2012, so that the said defendant can be brought before the court in Anchorage, Alaska for the hearing, as well as further proceedings, and to be returned to the Kodiak Police Department.

DATED: September 24, 2012

KAREN L. LOEFFLER
United States Attorney

s/ Andrea Steward
ANDREA T. STEWARD
United States of America
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: aunnie.steward@usdoj.gov